29602. GILREATH *v.* THE STATE.

MACINTYRE, J. The evidence authorized the trial judge, acting without a jury, to find the defendant guilty of "violating the State revenue tax act to regulate and control alcoholic liquor and beverages." The judge did not err in overruling the certiorari.

Judgment affirmed. *Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 9, 1942.

*Frank A. Bowers,* for plaintiff in error.

*Bond Almand,* solicitor, *John A. Boykin,* solicitor-general, *Durwood T. Pye,* contra.